No. M–19.   IN RE HARGREAVES;
No. M–20.   FORE v. CARMEL ET AL.; and
No. M–21.   U. S. FISH CORP. v. SEMINOLE TRIBE OF FLORIDA. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 108, Orig.   NEBRASKA v. WYOMING ET AL.   Motion of the Special Master for compensation and reimbursement of expenses granted, and the Special Master is awarded a total of $98,644.56 to be paid as follows: 35% by Nebraska, 35% by Wyoming, 5% by Colorado, and 25% by the United States. [For earlier order herein, see, e. g., 522 U. S. 1026.]

No. 97–303.   HUMANA INC. ET AL. v. FORSYTH ET AL.   C. A. 9th Cir.   [Certiorari granted, 524 U. S. 936.]   Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

No. 97–930.   BUCKLEY, SECRETARY OF STATE OF COLORADO v. AMERICAN CONSTITUTIONAL LAW FOUNDATION, INC., ET AL. C. A. 10th Cir. [Certiorari granted, 522 U. S. 1107.]   Motion of respondent American Constitutional Law Foundation, Inc., for leave to permit respondent Bill Orr to sit at counsel table denied.

No. 97–1620.   SEIF, SECRETARY, PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION, ET AL. v. CHESTER RESIDENTS CONCERNED FOR QUALITY LIVING ET AL., 524 U. S. 974.   Motion of petitioners to award costs denied.

No. 98–404.   DEPARTMENT OF COMMERCE ET AL. v. UNITED STATES HOUSE OF REPRESENTATIVES ET AL.   D. C. D. C.   [Probable jurisdiction noted, 524 U. S. 978.]   Motion of Jerome Gray et al. for leave to file a brief as amici curiae granted.

No. 98–5554.   FLANAGAN ET UX. v. ARNAIZ ET AL.   C. A. 9th Cir.; and
No. 98–5590.   MUHAMMAD v. FEDERAL REPUBLIC OF NIGERIA ET AL.   C. A. 9th Cir.   Motions of petitioners for leave to proceed in forma pauperis denied.   Petitioners are allowed until November 3, 1998, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.